FILED: January 31, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4803 (L)
(5:11-cr-00005-MFU-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BACH TUYET TRAN, a/k/a Julie Tran, a/k/a J. Bach, a/k/a Bach T. Tran, a/k/a J. Tran

    Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion for leave to file two DVD supplements as exhibits to the joint appendix.

The court grants the motion. Appellants shall file four copies of the DVD exhibits along with the filing of the joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk