FILED: February 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4803 (L)
(5:11-cr-00005-MFU-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BACH TUYET TRAN, a/k/a Julie Tran, a/k/a J. Bach, a/k/a Bach T. Tran, a/k/a J. Tran

        Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,316 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk